UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEADRA A. JAMES                                   CIVIL ACTION

versus                                            NO. 15-3903

WARDEN DEVILLE                                    SECTION: "N"(1)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on November 16, 2015 (Rec. Doc. No. 14), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Deadra A. James is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of November, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE